**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR211** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RAQUEL BLOOM and** | ) | **ORDER** |
| **DOUGLAS SCHMIDT,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

This matter is before the court on defendant Raquel Bloom's Unopposed Motion to Continue Trial [81]. Counsel requires additional time to complete plea negotiations. The court has been advised the co-defendant does not object to the request for continuance. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [81] is granted, as follows:

1. The jury trial, **for both defendants**, now set for July 19, 2022, is continued to **September 6, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 6, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: July 7, 2022**

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**